# United States Court of Appeals
# for the Fifth Circuit

No. 20-60350

United States Court of Appeals
Fifth Circuit

**FILED**

March 2, 2022

Lyle W. Cayce
Clerk

Thomas J. Hooghe,

*Plaintiff—Appellant*,

*versus*

Warden Frank Shaw,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:17-CV-272

Before Davis, Jones, and Elrod, *Circuit Judges*.

Per Curiam:*

This court has carefully considered the briefs and pertinent portions of the record in the above-styled appeal. Having done so, we find no reversible error of law or fact in the comprehensive magistrate judge opinion,

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-60350

which was adopted by the district court, and therefore AFFIRM for essentially the same reasons.